UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BCJ PROPERTIES, LLC | * | NUMBER: |
| | * | |
| VERSUS | * | |
| | * | JUDGE: |
| MT. HAWLEY INSURANCE COMPANY | * | |
| | * | MAGISTRATE: |
| ****************************************** | * | |

## NOTICE OF REMOVAL

Defendant Mt. Hawley Insurance Company ("Mt. Hawley") files this Notice of Removal of this action from the 19th Judicial District Court for the Parish of East Baton Rouge, State of Louisiana, to the United States District Court for the Middle District of Louisiana, the district in which the 19th Judicial District Court of East Baton Rouge Parish is located. By filing this Notice of Removal, Mt. Hawley preserves, and does not waive, its right to raise any and all rights, defenses, exceptions, objections, and demands in both state and federal court. This Notice of Removal is filed pursuant to 28 U.S.C. §§ 1441 and 1446. In support hereof, Mt. Hawley respectfully shows this Court as follows:

## PLAINTIFF'S ALLEGATIONS

1. On July 12, 2023, BCJ Properties, LLC ("Plaintiff") commenced an action against Mt. Hawley in the 19th Judicial District Court for the Parish of East Baton Rouge, State of Louisiana, entitled *BCJ Properties, LLC versus Mt. Hawley Insurance Company*, pending as Case No. C-734361 "21" (the "State Court Case").

2. Plaintiff's Petition ("Petition") contends that its property sustained damage covered under a policy of property insurance issued by Mt. Hawley. Petition ¶¶ 2-5. The Petition alleges that Mt. Hawley committed violations of Louisiana law by purportedly refusing to pay for covered damages under the insurance policy. Plaintiff's Petition does not allege an amount of

damages Plaintiff seeks to recover against Mt. Hawley. However, during the claim investigation, Mt. Hawley retained building consultants Cornerstone Consulting Group, who presented Mt. Hawley with an estimate of the amount of loss totaling $196,068.39. *See* **Exhibit A**.

## TIMELINESS OF REMOVAL

3. Defendant Mt. Hawley was served with Plaintiff's Petition in the State Court Case via the Louisiana Secretary of State on July 18, 2023. As such, removal is timely because thirty (30) days have not elapsed since Mt. Hawley first received the Petition, as required by 28 U.S.C. § 1446(b).

## BASIS OF REMOVAL – DIVERSITY JURISDICTION

4. This Court has original jurisdiction over this case pursuant to 28 U.S.C. § 1332 in that this is a civil action between citizens of different states where the matter in controversy exceeds $75,000.

**A. The amount in controversy exceeds the minimum jurisdictional requirements.**

5. Plaintiff's Petition contends that its property sustained damage under a policy of property insurance issued by Mt. Hawley. Petition ¶¶ 2-5. The Petition alleges that Mt. Hawley committed violations of Louisiana law by purportedly refusing to pay for covered damages under the insurance policy. *See id.* ¶¶ 8-13. Plaintiff's Petition does not indicate the amount they seek to recover for purportedly covered property damage.

6. Where, as here, a case is removed from a state that does not permit a plaintiff to demand a specific sum of money, the Notice of Removal may assert the amount in controversy. 28 U.S.C. § 1446(c)(2)(A)(ii). In such instances, "[t]he defendant may prove that amount either by demonstrating that the claims are likely above $75,000 in sum or value, or by setting forth

2

facts in controversy that support a finding of the requisite amount." *Gebbia v. Wal-Mart Stores, Inc.*, 233 F.3d 880, 882-83 (5th Cir. 2000) (internal citation omitted).

7. As stated above, during the claim investigation, Cornerstone Consulting Group estimated that the amount of loss totaled $196,068.39. *See* **Exhibit A**. As such, the required $75,000 minimum amount in controversy is met in this case. 28 U.S.C. § 1332(a).

**B. There is complete diversity between Plaintiffs and Mt. Hawley.**

8. Under the diversity statute, a corporation "shall be deemed to be a citizen of any State by which it has been incorporated and of the State where it has its principal place of business." 28 U.S.C. § 1332(c)(1). The citizenship of a limited liability company is determined by the citizenship of each of its constituent members. As set forth below, there is complete diversity between Plaintiff and Defendant.

9. Plaintiff BCJ Properties, LLC ("BCJ") is a limited liability company organized under the laws of the State of Louisiana. BCJ's sole member is Felipe Larios, who is an individual resident and citizen of Louisiana. Thus, for purposes of determining diversity jurisdiction, Plaintiff BCJ is a citizen of the State of Louisiana.

10. Defendant Mt. Hawley is a corporation organized under the laws of the State of Illinois, with its principal place of business in Illinois. Accordingly, Mt. Hawley is a citizen of the State of Illinois for purposes of determining diversity jurisdiction. 28 U.S.C. § 1332(c)(1).

11. For all of these reasons, complete diversity exists in this case and removal is proper because Plaintiff is a citizen of the State of Louisiana, and Mt. Hawley is a citizen of the State of Illinois.

## **REMOVAL PROCEDURE**

12. A copy of this Notice of Removal and a notice of the filing thereof will be filed in the State Court Case. A copy of this Notice of Removal will also be served on Plaintiff.

13. A copy of this Notice of Removal is being served upon all known counsel of record in accordance with 28 U.S.C. § 1446(d).

14. In accordance with 28 U.S.C. § 1446(d), a copy of the Notice to the Clerk of Court for the 19th Judicial District Court for the Parish of East Baton Rouge, State of Louisiana, which has been filed in that court, is attached hereto as **Exhibit B**.

15. The listing required pursuant to 28 U.S.C. § 1447(b) is filed herewith as **Exhibit C**.

16. In accordance with 28 U.S.C. § 1446(a), attached as **Exhibit C-1** is a true and complete copy of the record in *BCJ Properties, LLC versus Mt. Hawley Insurance Company*, pending as Case No. C-734361 "21" on the docket of the 19th Judicial District Court for the Parish of East Baton Rouge, State of Louisiana. Upon receipt, a certified copy of the same will be submitted in supplement to this filing.

17. Mt. Hawley has filed contemporaneously herewith a civil cover sheet.

WHEREFORE, Defendant Mt. Hawley Insurance Company prays that the above-described action now pending in the 19th Judicial District Court for the Parish of East Baton Rouge, State of Louisiana, be removed to this Court, and that the Court grant it such further relief to which it has shown itself entitled.

*Signature to follow.*

Respectfully submitted,

*/s/ Julie S. Meaders*
Seth A. Schmeeckle, La. Bar No. 27076 (T.A.)
Julie S. Meaders, La. Bar No. 27076 39984
LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD
601 Poydras Street, 27th Floor
New Orleans, LA 70130
T: (504) 568-1990
F: (504) 310-9195
sschmeeckle@lawla.com
jmeaders@lawla.com

***Attorneys for Defendant,
Mt. Hawley Insurance Company***

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing instrument is being served upon counsel for Plaintiff in accordance with the Federal Rules of Civil Procedure, on this 17th day of August 2023.

*/s/ Julie S. Meaders*
Julie S. Meaders