# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| BCJ PROPERTIES, LLC | CIVIL ACTION |
| VERSUS | |
| MT. HAWLEY INSURANCE COMPANY | 23-748-SDD-RLB |

## JUDGMENT OF TRANSFER

Considering the Court's Ruling and Order, this matter is hereby TRANSFERRED to the United States District Court for the Western District of Louisiana.  The Clerk of Court shall terminate this matter in this district court.

Baton Rouge, Louisiana, this 29th day of January, 2024.

_____
**SHELLY D. DICK**
**CHIEF DISTRICT JUDGE**
**MIDDLE DISTRICT OF LOUISIANA**